DAVID SHOLTZ, et al., v. STATE, ex rel. GEORGE H. CRANE, JR.

165 So. 926.

Division B.

Opinion Filed February 6, 1936.

Cary D. Landis, Attorney General, and Robert J. Pleus and James B. Watson, Assistants, for Plaintiffs in Error; Hope Strong (of Winter Park) and William K. Whitfield (of Tallahassee), for Defendant in Error.

PER CURIAM.—This is a companion case to the case of Sholtz, et al., Plaintiffs in Error, v. State of Florida, ex rel. Ben Hur Life Association, a Corporation, Defendant in Error, case No. 2185, opinion and judgment filed December 20, 1935.

The judgment in this case should be affirmed on authority of the opinion and judgment in that companion case.

It is so ordered.

Affirmed.

ELLIS, P. J., and TERRELL and BUFORD, J. J., concur.

WHITFIELD, C. J., and BROWN and DAVIS, J. J., concur in the opinion and judgment.